**Order filed January 8, 2013**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00513-CV

———————

### SUNCHASE AMERICAN, LTD, Appellant

### V.

### ELBERT WARNER, Appellee

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 10CV3896-A**

## ORDER

Appellant's brief was due **December 18, 2012.** No brief or motion for extension of time has been filed.

Unless appellant submits its brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **February 7, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM